No. 95-7539. KEE *v.* ARGUS LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 95-7542. OLIVER *v.* WITKOWSKI, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-7543. SALEEM *v.* NATIONSBANC MORTGAGE CORP. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95-7544. POLLEY ET AL. *v.* GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL. C. A. 11th Cir. Certiorari denied.

No. 95-7545. ROUSSOS *v.* ALLSTATE INSURANCE CO. Ct. Sp. App. Md. Certiorari denied.

No. 95-7551. BOLLMAN *v.* EMERSON, JUDGE, DISTRICT COURT OF TEXAS, POTTER COUNTY. Sup. Ct. Tex. Certiorari denied.

No. 95-7554. CRAIG *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 95-7555. ALLEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95-7556. SEVIGNY ET AL. *v.* MAINE ET AL. C. A. 1st Cir. Certiorari denied.

No. 95-7562. PRICE-EL *v.* GEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95-7564. SMIDDY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95-7565. SALES *v.* SPARKS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95-7569. VARGAS *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95-7570. COOPER *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.